June 29, 2004

***VIA E-MAIL AND ELECTRONICALLY FILED***

The Honorable John R. Tunheim
United States District Court
300 South Fourth Street
Minneapolis, MN 55402

> Re:    Snap Edge Corp. v. Avon Plastics, Inc.
> Court File No. 97-778 JRT/RLE

Dear Judge Tunheim:

On June 8, 2004, Snap Edge filed a notice of motion and motion to reopen the above-entitled case in order to enter judgment. Counsel of record for Avon Plastics received electronic service but because we do not believe he continues to represent Avon in this matter, we also served the company directly by certified mail. We have received no response. More than 20 days having passed and as this involves essentially an administrative matter, we do not believe a hearing is necessary and ask that the court rule based on the papers submitted.

Thank you for your attention to this matter.

Very truly yours,

s/Madge S. Thorsen

Madge S. Thorsen

MST/klb

cc:    James H. Marsh, Jr., Esq.
Daniel W. McDonald, Esq. *(via e-mail)*
Avon Plastics, Inc. *(via certified mail)*